**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC TRUST 2007-HE6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE6<br>**Plaintiff,**<br><br>V.<br><br>KEVIN WILLIS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, KATHRYN WILLIS,<br>**Defendants.** | Case No: 1:13-cv-2123<br><br>Judge: Charles P. Kocoras |

## MOTION FOR JUDGMENT OF FORECLOSURE

NOW COMES the Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC TRUST 2007-HE6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE6, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure. In support thereof, Plaintiff states as follows:

1. Attached please find Plaintiff's Affidavit of Prove-up attached hereto as Exhibit 1.

2. Attached please find Plaintiff's Certificate of Prove-up of Foreclosure Fees and Costs attached hereto as Exhibit 2.

WHEREFORE, Plaintiff respectfully requests that its Motion for Entry of Judgment of Foreclosure be Granted, that this Court enter a judgment of foreclosure in favor of Plaintiff for $436,950.25 as of September 17, 2013, with interest accruing on the unpaid principal balance at

a rate of $23.03 per day, plus attorney's fees and foreclosure costs of $1,247.50, incurred by the Plaintiff as a result of the foreclosure, and all other relief just and proper.

              Respectfully submitted,

              */s/ Megan Christine Adams*
              Megan Christine Adams (ARDC#6312221)
              Potestivo & Associates, P.C.
              223 West Jackson Blvd., Suite 610
              Chicago, IL 60601
              312-263-0003